UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| CENTRIX FINANCIAL, LLC, et al., ) | Case No. 06-16403 EEB |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |

## STATUS REPORT

Jeffrey A. Weinman, as liquidating trustee (the "Trustee") of the Centrix Liquidating Trust, for his Status Report pursuant to the Order Granting Stipulated Motion for Order to Stay Claim Allowance Proceedings Related to Liquidating Trust's Objections to Claims Based on the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 *et seq.* (the "Order"), states as follows:

1. On July 9, 2015, the Trustee filed a status report advising of a settlement in the case against defendants National Union Fire Insurance Company of Pittsburgh, PA and AIG Domestic Claims, Inc., Case No. 09-cv-01542-PAB-CBS (the "AIG Case"). *See* Dkt #3101. The Trustee's last status report advised this report would be filed within 30 days. The settlement in the AIG Case is, however, not yet completed; the Trustee therefore should have continued the previous 60-day timeline between status reports.

2. Once settlement is completed, the Trustee will review and analyze the WARN claims, pending administrative matters, and confer with WARN Claimants or their counsel regarding the most efficient procedure regarding the Trustee's objection to their claims.

3. The Trustee will file a status report within 60 days of this report, and advise the Court of the parties' proposed procedure to move these matters to conclusion.

Dated: August 7, 2015.

**LINDQUIST & VENNUM LLP**

By: */s/ Ethan J. Birnberg*
    Ethan J. Birnberg, #43343
600 Seventeenth Street
Suite 1800 South
Denver, Colorado 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: ebirnberg@lindquist.com
*Counsel for Jeffrey A. Weinman, Liquidating Trustee of the Centrix Liquidating Trust*

DOCS-#4797043-v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2015, the foregoing **STATUS REPORT** was served via U.S. Mail, first class postage prepaid, addressed to the following parties.

Mary E. Olsen
The Gardner Firm, P.C.
210 S. Washington Ave.
Mobile, Alabama 36602

Stuart J. Miller
M. Vance McCrary
Lankenau & Miller, LLP
132 Nassau Street, Ste 423
New York, NY 10038

Jeffrey B. Klaus
Deisch, Marion & Klaus P.C.
851 Clarkson Street
Denver, Colorado 80218

Mark Alford
1400 E Idaho Dr
Aurora, CO 80012

John Becker
14525 Garden Road
Golden, CO 80401

Janet Lynn Whiteside
4606 West Ponds Drive
Littleton, CO 80123

Jill Gilpin
P O Box 3361
Dillon, CO 80435

*/s/ Brandon Blessing*
Brandon Blessing