UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) ) ) |
| CENTRIX FINANCIAL, LLC, et al., | ) Case No. 06-16403 JGR ) Chapter 11 |
| Debtors. | ) ) |

## LIQUIDATING TRUSTEE'S FINAL REPORT AND MOTION FOR FINAL DECREE

Jeffrey A. Weinman (the "Trustee"), as liquidating trustee of the Centrix Liquidating Trust (the "Trust"), by and through his undersigned counsel, pursuant to 11 U.S.C. § 1106(a)(7), Fed. R. Bankr. P. 3022, and L.B.R. 3022-1, for his Final Report and Motion for Final Decree (this "Motion"), states:

1. On September 4, 2006, CMGN LLC filed its voluntary Chapter 11 petition in the United States Bankruptcy Court for the District of Nevada. On September 15, 2006, an involuntary Chapter 11 petition was filed against Centrix Financial LLC ("Centrix Financial" or "Debtor") in the United States Bankruptcy Court for the District of Colorado (this "Court"). On September 19, 2006, Centrix Financial and its related entities – Centrix Services, LLC, Centrix Technology Support Services LLC, Centrix Support LLC, Centrix Resource Managers Inc., and Centrix Servicing LLC – filed voluntary Chapter 11 bankruptcy petitions.

2. The United States Bankruptcy Court for the District of Nevada transferred venue for all aforementioned bankruptcy cases to this Court. The transferred cases were assigned case numbers 06-16791 JGR through 06-16797 JGR. On October 11, 2006, this Court (1) entered an order for relief in the Centrix Financial involuntary case; (2) consolidated the Centrix Financial voluntary case with the Centrix Financial involuntary case; (3) closed the Centrix Financial

- 1 -

- 2 -

voluntary case; and (4) provided for joint administration of all cases under the name *In re: Centrix Financial, et al.*, Case No. 06-16403 JGR (the "Bankruptcy Case").

3. On May 16, 2008, the Court confirmed the Second Amended Liquidating Chapter 11 Plan Proposed by Debtors and Creditors' Committee Dated January 25, 2008 (the "Plan"). On the Plan's effective date, the Trustee was appointed to administer the Trust.

4. The Confirmation Order is long since final, and notice of the effective date of the Plan was filed on September 2, 1997. Dkt. #2420.

5. Article 2 of the Plan substantively consolidated all of the Debtors' estate and transferred all of their assets to the Trust. Under § 4.3.1.19 of the Trust, the Trustee is authorized to seek a final decree for the Debtors' estates.

6. The Trustee implemented the Plan pursuant to 11 U.S.C. § 1142, monetized the material assets under the Plan, filed necessary pleadings, and commenced distributions in accordance with the Plan and the Trusts, in accordance with this Court's orders, and Fed. R. Bankr. P. 3021.

7. Those matters are substantially complete.

8. The Plan accordingly has been substantially consummated and the Debtors' cases are ripe for entry of final decrees.

9. Substantially all of the property of the Debtors has been transferred according to the Plan[1].

10. The Trustee has assumed management of the property of the Debtors dealt with under the Plan.

---

[1] The only property that remains is shares of Nanosphere Health Sciences, LLC, which are illiquid and difficult to market and sell. The Trustee recently moved for, and the Court approved, a Trust amendment to facilitate entry of a final decree without terminating the Liquidating Trust. *See* Dkt. ##3412, 3415. The Trustee will administer the Trust to conclusion upon liquidation of the Nanosphere shares and will close the Trust under applicable law.

- 2 -

DOCS-#6136498-v3

- 3 -

11. Distributions have commenced under the Plan, and payments to creditors, claimants, and other interested parties have commenced under the Plan.

12. All motions, contested matters, and adversary proceedings have been fully and finally resolved.

13. The Trustee accordingly seeks entry of a final decree closing the Debtors' cases pursuant to § 350(a) of the Bankruptcy Code and Rule 3022, under the terms and conditions stated in the Plan. Section 350 states that "the court shall close" a bankruptcy case "[a]fter an estate is fully administered." 11 U.S.C. § 350(a). Rule 3022 provides for entry of a final decree "on motion of a party in interest." Fed. R. Bankr. P. 3022. Given that the transfers to the Trust complete, the Trustee is serving this Motion with notice to parties in interest for entry of the final decree in each of the substantively consolidated cases: In re Centrix Financial, LLC, Case No. 06-16403 JGR, and the related cases of In re CMGN, LLC, Case No. 06-16791 JGR; In re Centrix Services, LLC, Case No. 06-16793 JGR; In re Centrix Technology Support Services, LLC, Case No. 06-16794 JGR; In re Centrix Support, LLC, Case No. 06-16795 JGR; In re Centrix Resource Managers, Inc., Case No. 06-16796 JGR; and In re Centrix Servicing, LLC, Case No. 06-16797 JGR.

WHEREFORE, the Trustee hereby requests this Court enter an order, a form of which is submitted with this Motion, entering a final decree closing these substantively consolidated cases, and for other relief as deemed appropriate.

- 4 -

DATED this 28th day of February, 2024.

**BALLARD SPAHR LLP**

By: /s/ Theodore J. Hartl
    Theodore J. Hartl, #32409
1225 17th Street Suite 2300
Denver, CO 80202-5596
T: (303) 292-2400
F: (303) 296-3956
E: hartlt@ballardspahr.com

*Counsel for Jeffrey A. Weinman, Liquidating Trustee*

- 5 -

## CERTIFICATE OF MAILING

     I hereby certify that on February 28, 2024, a true and correct copy of the foregoing **LIQUIDATING TRUSTEE'S FINAL REPORT AND MOTION FOR FINAL DECREE** and corresponding Notice and proposed order were served via United States mail, first class postage prepaid, addressed to all parties who have entered an appearance with the Court and to all creditors who have filed claims, at the addresses on the attached list:

                                      */s/ Brandon Blessing*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 06-16403-JGR<br>District of Colorado<br>Denver<br>Wed Feb 28 10:47:35 MST 2024 | Allegacy Federal Credit Union<br>c/o Perry Crutchfield<br>Allegacy Federal Credit Union<br>P.O. Box 26043<br>Winston-Salem, NC 27114-6043 | R. Scott Alsterda<br>Ungaretti & Harris, LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| Jonathan B Alter<br>One State Street<br>Hartford, CT 06103-3100 | Fred Alvarez<br>Walker, Wilcox, Matousek, LLP<br>225 W. Washington Street<br>Ste. 2400<br>Chicago, IL 60606-3560 | America's Credit Union f/k/a Fort Lewis<br>Attn: Erik Davey<br>P.O. Box 33338<br>Tacoma, WA 98433-0338 |
| American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Arapahoe County Treasurer<br>5334 S. Prince Street<br>Littleton, CO 80166-0001 | Arapahoe County Water & Wastewater Authority<br>13031 E. Caley Ave.<br>Centennial, CO 80111-6507 |
| Lance J. Arnold<br>2200 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2200 | Edwin P. Aro<br><font color=red>Service Waived</font><br>370 17th St.<br>Ste. 4400<br>Denver, CO 80202-5608 | Tracy Ashmore<br>1099 18th St.<br>Ste. 2600<br>Denver, CO 80202-1937 |
| BG Maintenance of Colorado Inc<br>c/o Bill C. Berger<br>1050 17th Street, Suite 700<br>Denver, Colorado 80265-2008 | Duncan E. Barber<br>7979 E. Tufts Ave<br>Ste 1600<br>Denver, CO 80237-3358 | Lauren Barnes<br>Sedgwick, Detert, Maron & Arnold, LLP<br>One Market Plaza<br>Steuart Tower<br>8th Floor<br>San Francisco, CA 94105-1008 |
| Laurence H. Bartlett<br>1800 W. International Speedway Blvd.<br>Suite 201<br>Daytona Beach, FL 32114-1216 | Lawrence Bass<br>1700 Lincoln St.<br>Ste. 4100<br>Denver, CO 80203-4541 | Bruce Thomas Beesley<br>5011 Meadow Mall WY<br>#300<br>Reno, NV 89502-6576 |
| Jeffrey Bergman<br>Ungaretti & Harris, LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Brad A. Berish<br>53 W. Jackson Blvd.<br>Ste. 1050<br>Chicago, IL 60604-3786 | John A. Berman<br>Law Office of John A. Berman<br>1737 Gaylord Street<br>Denver, CO 80206-1208 |
| Ethan Birnberg<br>Porter Simon, PC<br>40200 Truckee Airport Road<br>Truckee, CA 96161-3389 | Mark D. Bloom<br>Baker McKenzie LLP<br>1111 Brickell Ave<br>Suite 1700<br>Miami, FL 33131-4033 | Braman Colorado Imports, Inc d/b/a Mile High<br>c/o Beck and Cassinis, P.C.<br>3025 S. Parker Rd, Ste #200<br>Aurora, CO 80014-2916 |
| Budget Rent A Car System, Inc.<br>300 Centre Pointe Drive<br>Virginia Beach, VA 23462-4415<br>Attn: Theresa Tankersley | Kevin Burke<br>80 Pine St.<br>New York, NY 10005-1702 | C.M. Mitchell consulting, Co.<br>c/o Jennifer Salisbury<br>Markus Williams Young & Zimmermann LLC<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203-4540 |
| Peter A. Cal<br>Sherman Howard LLC<br>675 Fifteenth Street<br>Suite 2300<br>Denver, CO 80202-4258 | Campus Federal Credit Union<br>c/o Stephen P. Strohschein<br>301 Main Street, 14th Floor<br>Baton Rouge, LA 70801-0012 | Carolina Collegiate Federal C.U.<br>c/o Anne Shivers, President/CEO<br>4480 Rosewood Dr.<br>Columbia, SC 29209-2629 |

| | | |
|---|---|---|
| Charlotte Metro Credit Union<br>c/o Cathi Walker, VP of Accounting<br>718 Central Avenue<br>Charlotte, NC 28204-2024 | Paul Chessin<br>1300 Broadway<br>6th Floor<br>Denver, CO 80203-2104 | Chief Pontiac Credit Union<br>c/o Dana M. Beels, VP of Finance<br>Chief Pontiac Federal Credit Union<br>780 Joslyn Ave.<br>Pontiac, MI  48340 |
| Shaun A. Christensen<br>Miller & Law, P.C.<br>1900 W. Littleton Blvd.<br>Littleton, CO 80120-2023 | J.T. Cody<br>16211 La Cantera Parkway<br>San Antonio, TX 78256-2668 | Peter D. Coffman<br>Six Concourse Parkway<br>Suite 1800<br>Atlanta, GA 30328-5353 |
| Frederic L. Coldwell<br>2031 Krameria St.<br>Denver, CO 80207-3928 | Colo. Dept. of Labor and Employment<br>Unemployment Insurance Operations<br>PO Box 8789<br>Denver, CO 80201-8789 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 |
| Community First C.U. of Florida<br>c/o James E. Sorenson, Esq.<br>Williams, Gautier, et al, P.A.<br>PO Box 4128<br>Tallahassee, FL  32315-4128 | Computer Sites, Inc.<br>c/o Darling, Bergstrom & Milligan, PC<br>1515 Arapahoe Street, Tower 1, Suite 530<br>Denver, CO 80202-2142 | (p)TOM H CONNOLLY<br>TOM CONNOLLY LLC<br>PO BOX 68<br>LAYFAYETTE CO 80026-0068 |
| Sean T. Cork<br>Two Renaissance Square<br>40 North Central Avenue<br>Suite 2700<br>Phoenix, AZ 85004-4498 | Corporate America Family Credit Union<br>2075 Big Timber Road<br>Elgin, IL 60123-1140 | Credit Union of Denver<br>Keith M. Cowling<br>9305 West Alameda Parkway<br>Lakewood, CO 80226-2830 |
| Michael Cubeta<br>16211 La Cantera Parkway<br>San Antonio, TX 78256-2668 | Darrell M. Daley<br>1426 Pearl St.<br>Ste. 207<br>Boulder, CO 80302-5340 | De Lage Landen Financial Services, Inc.<br>C/o Daniel F. Warden<br>Bond & Morris, P.C.<br>303 E. 17th Avenue Ste. 888<br>Denver, CO 80203-1261 |
| Delta Intermediaries, Inc.<br>35 Beechwood Road, Suite 2C<br>Summit, NJ 07901-4604 | Bradford E. Dempsey<br>Brad Dempsey Law LLC<br>14143 Denver West Parkway<br>Suite 100<br>80401<br>Golden, CO 80401-3266 | Devon Bank<br>6445 N. Western Ave.<br>Chicago, IL 60645-5494 |
| Stephen K. Dexter<br>Lathrop GPM LLP<br>675 15th Street, Suite 2650<br>Denver, CO 80202-4262 | John Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Angela D. Dodd<br>175 W. Jackson Blvd<br>Ste. 900<br>Chicago, IL 60604-2815 |
| John M. Dudgeon<br>11180 W. 44th Avenue<br>Wheat Ridge, CO 80033-2500 | John M. Dudgeon<br>7180 West Fourteenth Ave.<br>Lakewood, Co 80214-4724 | Neal K. Dunning<br>Brown Dunning Walker Fein PC<br>7995 E. Prentice Ave<br>Suite 101-E<br>Greenwood Village, CO 80111-2710 |
| ELGA Credit Union<br>c/o Lori Photiou<br>Elga Credit Union<br>2303 S.  Center Rd.<br>Burton, MI 48519-1147 | Eastern Financial Florida Credit Union<br>Ian J. Kukoff, Esq.<br>25 S.E. 2nd Avenue, Suite 730<br>Miami, FL 33131-1696 | Educational Credit Union<br>c/o Gavin Wittman, President<br>2808 S.W. Arrowhead Road<br>Topeka, KS 66614-2476 |

| | | |
|---|---|---|
| Financial 21 Community Credit Union<br>Allen Arvizu, VP/CFB<br>440 Beech Street<br>San Diego, CA 92101-3209 | Sheila J Finn<br>9800 S. Meridian Blvd.<br>Ste. 400<br>Englewood, CO 80112-6038 | Ronald S. Fitzke<br>Fitzke Law LLC<br>4 W Dry Creek Cir<br>Suite 100<br>80120<br>Littleton, CO 80120-8060 |
| Leigh Flanagan<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, Co 80264-9911 | Fort Worth Community Credit Union<br>Attn: Kyle Koke<br>P.O. Box 210848<br>Bedford, TX  76095-7848 | Mark L. Fulford<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 |
| Caroline C. Fuller<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 | Lars H. Fuller<br>The Law Offices of Lars Fuller P.C.<br>3924 S Wabash Street<br>Denver, CO 80237-1719 | GMAC Commercial Finance LLC<br>c/o Charles M. Tatelbaum, Esq.<br>Adorno & Yoss LLP<br>350 East Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL   33301-4217 |
| Aaron A Garber<br>2580 West Main Street<br>Suite 200<br>Littleton, CO 80120-4631 | Haydee D. Garbero<br>4180 La Jolla Village Drive<br>Suite 450<br>La Jolla, CA 92037-1472 | Daniel J Garfield<br>Fairfield and Woods, P.C.<br>1801 California Street<br>Suite 2600<br>Denver, CO 80202-2645 |
| Brian K. Gart<br>401 East Las Olas Blvd.<br>Suite 2000<br>Fort Lauderdale, FL 33301-4223 | Robert S. Gebhard<br>Sedgwick, Detert, Maron & Arnold, LLP<br>One Market Plaza<br>Steuart Tower<br>8th Floor<br>San Francisco, CA 94105-1008 | Alison Goldenberg<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Great American Credit Union<br>Rita Winton<br>3969 First Avenue<br>San Diego, CA 92103-3015 | GroundFloor Media, Inc.<br>C/O G. W. Merrick & Associates, LLC<br>5445 DTC Parkway, Suite 912<br>Greenwood Village, CO 80111-3054 | Michael J. Guyerson<br>999 18th St.<br>Ste., 1230 South<br>Denver, CO 80202-2414 |
| Michael L Hall<br>3100 Wachovia Tower<br>420 North 20th St.<br>Birmingham, AL 35203-5200 | Aaron Hammer<br>Horwood Marcus & Berk Chartered<br>500 W. Madison Street<br>Chicago, IL 60661-4544 | Craig D. Hansen<br>40 N. Central Ave.<br>#2700<br>Phoenix, AZ 85004-4498 |
| Theodore J. Hartl<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO 80202-5535 | Christian H. Hendrickson<br>Sherman & Howard L.L.C.<br>675 Fifteenth Street<br>Suite 2300<br>Denver, CO 80202-4258 | Lance Henry<br>Allen Vellone Wolf Helfrich & Factor P.C<br>1600 Stout Street<br>Suite 1900<br>Denver, CO 80202-3156 |
| Holme Roberts & Owen LLP<br>1700 Lincoln Street<br>Ste. 4100<br>Denver, CO 80203-4541 | Peter C. Houtsma<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | Kimberly M Hult<br>Hutchinson Black and Cook<br>921 Walnut St.<br>Ste. 200<br>Boulder, CO 80302-5173 |
| IFC CREDIT CORPORATION<br>5250 Old Orchard Rd., Suite 300<br>Skokie, IL 60077-4462 | Peter W. Ito<br>303 E. 17th Ave.<br>Ste. 1100<br>Denver, CO 80203-1264 | Andrew Jacobs<br>Snell & Wilmer, L.L.P.<br>One South Church Avenue<br>Ste. 1500<br>Tucson, AZ 85701-1633 |

| | | |
|---|---|---|
| Steven Douglas Jerome<br>400 E. Van Buren St.<br>Ste. 1900<br>Phoenix, AZ 85004-2509 | Douglas W. Jessop<br>300 Union Blvd.<br>Ste. 600<br>Lakewood, CO 80228-1554 | Andrew Jillson<br>1445 Ross Ave.<br>Ste. 3200<br>Dallas, TX 75202-2785 |
| Craig N. Johnson<br>1801 California St.<br>Ste. 3100<br>Denver, CO 80202-2626 | James A. Kaplan<br>Rausch Sturm LLP<br>5500 South Quebec Street, Suite 260<br>Greenwood Village, CO 80111-1982 | Kelly Services Inc<br>999 West Big Beaver Road<br>Troy, MI 48084-4716 |
| Kevin Tave<br>c/o Maria J. Flora<br>Maria J. Flora, P.C.<br>1763 Franklin Street<br>Denver, CO 80218-1124 | Key Equipment Finance, Inc.<br>600 Travis Street<br>Suite 1400<br>Houston, TX 77002-3005 | Jeffrey B. Klaus<br>851 Clarkson St.<br>Denver, CO 80218-3205 |
| Douglas D. Koktavy<br>10200 E. Girard Ave.<br>Building B Ste 120<br>Denver, CO 80231-5590 | Kenneth G. Kubes<br>10 S. Wacker Drive<br>40th Floor<br>Chicago, IL 60606-7506 | Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 |
| Landmark Credit Union<br>c/o Onsager, Staelin, & Guyerson, LLC<br>1873 S. Bellaire St., Suite 1401<br>Denver, CO 80222-4359 | Mark A. Larson<br>Larson Law Firm, LLC<br>1400 Main Street, Ste. 201D<br>Louisville, CO 80027-3046 | Joel Laufer<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street<br>Suite 2600<br>Denver, CO 80202-1926 |
| Seth L. Levine<br>Foley & Lardner<br>90 Park Ave<br>New York, NY 10016-1301 | Harrie F. Lewis<br>600 17th St.<br>Ste. 1800-S<br>Denver, CO 80202-5441 | Carolyn Lievers<br>1525 Sherman St.<br>5th Fl.<br>Denver, CO 80203-1735 |
| Lisa M. Moore, Esq.<br>National City Commercial Capital Corp.<br>995 Dalton Ave.<br>Cincinnati, OH 45203-1101 | Joli A. Lofstedt<br>Onsager Fletcher Johnson LLC<br>600 17th Street<br>Suite 425n<br>Denver, CO 80202-5418 | Lyndon Property Insurance Company<br>c/o Burr & Forman LLP<br>Graham H. Stieglitz<br>171 17th St., NW, Suite 1100<br>Atlanta, GA 30363-1029 |
| Lyndon Property Insurance Company<br>c/o Michael L. Hall<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203-3284 | MB Financial Bank<br>Christian H. Hendrickson<br>c/o Cage Williams PC<br>1433 17th Street<br>Denver, CO 80202-5918 | Lisa K. Mayers<br>1700 Lincoln St.<br>Ste. 2000<br>Denver, CO 80203-4554 |
| David McClain<br>McClain & Patchin, P.C.<br>711 Louisiana Street<br>Ste. 3100<br>South Tower Pennzoil Place<br>Houston, TX 77002-2711 | Frank F. McGinn<br>155 Federal St.<br>9th Fl.<br>Boston, MA 02110-1727 | Memphis Area Teachers Credit Union<br>Fred A. Rauch, FO<br>7845 Highway 64<br>Memphis, TN 38133-4007 |
| Glenn W. Merrick<br>6300 S. Syracuse Way, Suite 220<br>Greenwood Village, CO 80111-6722 | Midwest America Federal Credit Union<br>c/o Onsager, Staelin & Guyerson, LLC<br>1873 S. Bellaire St., Suite 1401<br>Denver, CO 80222-4359 | Midwest Financial Credit Union<br>c/o Brian Schwab, VP Accounting<br>2400 Green Road<br>Ann Arbor, MI 48105-1550 |

| | | |
|---|---|---|
| Minnequa Works Credit Union<br>c/o Robert Wilson, Esq.<br>Berenbaum Weinshienk & Eason, P.C.<br>370  17th St., Suite 4800<br>Denver, CO 80202-5698 | Kenneth M. Misken<br>1750 Tysons Blvd<br>Ste. 1800<br>McLean, VA 22102-4231 | Mission Federal Credit Union<br>Attn: Ron Martin<br>P.O. Box 919023<br>San Diego, CA  92191-9023 |
| Michael C. Moody<br>161 N. Clark St.<br>Ste. 2230<br>Chicago, IL 60601-3329 | Victor M. Morales<br>McElroy, Deutsch, Mulvaney & Carpenter<br>7400 East Orchard Road<br>Suite 320s<br>Greenwood Village, CO 80111-2561 | Richard M. Murray<br>1401 Lawrence St.<br>Ste. 2300<br>Denver, CO 80202-2498 |
| Mutual Savings Credit Union<br>P.O. Box 362045<br>Birmingham, AL 35236-2045 | NEG Arapahoe, LLC<br>c/o Jennifer L. Stenman, Esq.<br>1228 15th Street, #200<br>Denver, CO 80202-1600 | National City Vendor Finance<br>c/o Lisa M. Moore, Esq.<br>National City Commercial Capital Corp.<br>995 Dalton Ave.<br>Cincinnati, OH 45203-1101 |
| Victoria Nelson<br><font color=red>Service Waived</font><br>400 S. Fourth St.<br>3rd Floor<br>Las Vegas, NV 89101-6201 | Nevada Dept of Taxation<br>Att: Bankruptcy Section<br>555 E Washington Ave #1300<br>Las Vegas NV 89101-1046 | New Horizons Community Credit Union<br>c/o Block, Markus & Williams LLC<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203-4540 |
| New Horizons Community Credit Union<br>c/o John T. Cody, Sr.<br>Security Service Federal CU<br>16211 La Cantera Parkway<br>San Antonio, TX 78256-2668 | Norlarco Credit Union<br>c/o Robert Wilson, Esq.<br>Berenbaum Weinshienk & Eason, P.C.<br>370  17th St., Suite 4800<br>Denver, CO 80202-5698 | John A. O'Brien<br>1700 Lincoln St.<br>Ste. 2000<br>Denver, CO 80203-4554 |
| Gary Offerman<br>Offerman & King, LLP<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 | Old Hickory Credit Union<br>Bonnette Dawson, President<br>1000 Industrial Rd.<br>Old Hickory, TN 37138 | (p)THE GARDNER FIRM  P C<br>P O DRAWER 3103<br>MOBILE AL 36652-3103 |
| Scott H Olson<br>Sedgwick, Detert, Moran & Arnold, LLP<br>One Market Plaza<br>Steuart Tower<br>8th Floor<br>San Francisco, CA 94105-1008 | Christian C. Onsager<br>Onsager Fletcher Johnson LLC<br>600 17th Street<br>Suite 425n<br>Denver, CO 80202-5418 | Peoples  Credit Union<br>c/o Kerr Brosseau Bartlett O'Brien, LLC<br>1600 Broadway, Suite 1600<br>Denver, CO 80202-4916 |
| Debra Piazza<br>Montgomery Little & Soran, PC<br>5445 DTC Parkway, #800<br>Greenwood Village, CO 80111-3053 | Alex Pirogovsky<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Pitney Bowes Inc<br>27 Waterview Drive<br>Shelton, CT 06484-4361 |
| John C. Plotkin<br>1331 17th St.<br>Ste. 602<br>Denver, CO 80202-1556 | Prairie Trail Credit Union<br>Mark Eissens<br>2350 W. McDonough Street<br>Joliet, Il 60436-1049 | Robert S. Prince<br>60 E. S. Temple<br>1800 Eagle Gate Tower<br>Salt Lake City, UT 84111-1032 |
| Public Service Company of Colorado<br>550 15th Street<br>Denver, CO 80202-4205 | Randall White<br>18995 E. 47th Ave.<br>Denver, CO 80249-6619 | Randy Roberts<br>Blalack & Williams<br>5550 LBJ Freeway<br>Ste 400<br>Dallas, TX 75240-2349 |

| | | |
|---|---|---|
| Randy Roberts<br>Blalack & Williams P.C.<br>5550 LBJ Freeway, Suite 400<br>Dallas, TX 75240-2349 | Randy Roberts<br>Blalack & Williams, PC<br>5550 LBJ Freeway, Suite 400<br>Dallas, TX 75240-2349 | Donna M. Robinson<br>Credit Union 1<br>450 E. 22nd St.<br>Ste 250<br>Lombard, IL 60148-6176 |
| George Rosenberg<br>5334 S. Prince St.<br>Littleton, CO 80120-1136 | Royal Oakland Community Credit Union<br>c/o Weltman, Weinberg & Reis Co., LPA<br>175 S. 3rd Street, Suite 900<br>Columbus, OH 43215-5166 | Rusty McCormick<br>19295 E. Cottonwood Dr. #1321<br>Parker, CO 80138-8673 |
| SAS Institute Inc.<br>Attnetion: Howard Browne<br>SAS Campus Dr. T-2<br>Cary, NC  27513 | SPRINT NEXTEL CORP; ATTN: BANKRUPTCY<br>10002 PARK MEADOWS DR; 3RD FLOOR<br>LONE TREE, CO 80124-5706 | Thomas J. Salerno<br>Stinson LLP<br>1850 N Central Avenue<br>Ste 21st Floor<br>Phoenix, AZ 85004-4584 |
| R. Daniel Scheid<br>3773 Cherry Creek North Drive<br>#575<br>Denver, CO 80209-3825 | Joseph Schiavone<br>Budd Larner, P.C.<br>150 John F. Kennedy Pkwy<br>CN 1000<br>Short Hills, NJ 07078-0999 | James A. Scoggins<br>1801 California St.<br>Ste. 1500<br>Denver, CO 80202-2656 |
| Tom Sharp<br>Blalack & Williams, P.C.<br>5550 LBJ Freeway, Suite 400<br>Dallas, TX 75240-2349 | Tom Sharp<br>Blalack & Williams, PC<br>5550 LBJ Freeway<br>Ste 400<br>Dallas, TX 75240-2349 | Holly R. Shilliday<br>7700 E. Arapahoe Rd.<br>Ste. 230<br>Centennial, CO 80112-1439 |
| Timothy J. Silverman<br>12555 High Bluff Dr.<br>Ste. 260<br>San Diego, CA 92130-2056 | Timothy J. Silverman<br>12651 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130-2023 | Harry L. Simon<br>7100 E. Hampden Ave.<br>Denver, CO 80224-3037 |
| John S. Simon<br>Foley & Lardner<br>One Detroit Center<br>500 Woodward Ave<br>Ste. 2700<br>Detroit, MI 48226-3489 | Sharon Sjostrom<br>Blalack & Williams, P.C.<br>5550 LBJ Freeway<br>Ste. 400<br>Dallas, TX 75240-2349 | Jack L. Smith<br>Holland&Hart<br>PO Box 8749<br>Denver, CO 80201-8749 |
| Jennifer A Smith<br>Lionel, Sawyer, & Collins<br>50 W. Liberty St.<br>Ste. #1100<br>Reno, NV 89501-1951 | James E. Sorenson<br>P.O. Box 3637<br>Tallahassee, FL 32315-3637 | South Carolina State Credit Union<br>W. Marshall Holland<br>800 Huger Street<br>Columbia, SC 29201-3620 |
| Robert J Stark<br>Brown, Rudnick, Berlack, Israels, LLP<br>Seven Times Square<br>New York, NY 10036-6536 | State of California<br>Franchise Tax Board<br>Special Procedures Section<br>P.O.Box 2952<br>Sacramento, CO 95812-2952 | (c)STATE OF COLORADO, EX REL JOHN SUTHERS<br>C/O PAUL CHESSIN<br>SENIOR ASSISTANT ATTORNEY GENERAL<br>1525 N SHERMAN ST STE 700<br>DENVER CO  80203-1700 |
| Lillian Stenfeldt<br>Sedgwick, Detert, Maron & Arnold, LLP<br>One Market Plaza<br>Steuart Tower<br>8th Floor<br>San Francisco, CA 94105-1008 | (c)JENNIFER L. STENMAN<br>1400 16TH ST STE 600<br>DENVER CO  80202-1486 | Stephen C. Tingey<br>Ray Quinney & Nebeker P.C.<br>36 South State St., Ste. 1400<br>PO Box 45385<br>Salt Lake City, UT 84145-0385 |

| | | |
|---|---|---|
| Holly E. Sterrett<br>370 17th St., Ste. 4400<br>Denver, CO 80202-5608 | Graham H. Stieglitz<br>3100 Wachovia Tower<br>420 N. 20th St.<br>Birmingham, AL 35203-5200 | Jennifer L. Sullivan<br>1900 15th St.<br>Boulder, CO 80302-5414 |
| Summit Credit Union<br>c/o Carol Heffernan, Internal Auditor<br>8210 West Market St.<br>Greensboro, NC 27409-9679 | SunTrust Leasing Corp.<br>c/o Lee M. Kutner<br>Kutner Miller Brinen, P.C.<br>303 East 17th Avenue, Suite 500<br>Denver, CO 80203-1258 | Charles M. Tatelbaum<br>350 East Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301-4217 |
| Tennesee Commerce Bank<br>John M. Dudgeon, Esq.<br>7180 W. 14th Ave.<br>Lakewood, CO 80214-4724 | The Specialized Marketing Group Inc<br>c/o Fuchs & Roselli, Ltd.<br>Attn: Richard C. Perna<br>440 W. Randolph Street<br>#500<br>Chicago, IL 60606-1554 | James D. Thomas<br>323 Lakeside Ave. W.<br>Cleveland, OH 44113-1085 |
| Curt Todd<br>837 E. 17th Ave.<br>Ste. 102<br>Denver, CO 80218-1470 | Troutman Sanders LLP<br>c/o Donna J. Hall, Esquire<br>222 Central Park Avenue<br>Suite 2000<br>Virginia Beach, VA 23462-3038 | U.S. Department of Labor- EBSA<br>c/o Investigator Lee Gilgour<br>2300 Main Street, Suite 100<br>Kansas City, MO 64108-2415 |
| UCF Federal Credit Union<br>c/o Rachael Crews<br>P.O. Box 3146<br>Orlando, FL 32802-3146 | US Trustee 11<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Ann Marie Uetz<br>One Detroit Center<br>500 Woodward Ave.<br>Ste. 2700<br>Detroit, MI 48226-3489 |
| Ann Marie Uetz<br>Foley & Lardner, LLP<br>One Detroit Center<br>500 Woodward Ave.<br>Ste. 2700<br>Detroit, MI 48226-3489 | (c)UNITED CONSUMERS CREDIT UNION<br>CHRIS MCCREARY CEO<br>1111 E 23RD ST S<br>INDEPENDENCE MO   64055-1615 | Paul G. Urtz<br>Miller and Urtz LLC<br>4500 E. Cherry Creek South Dr.<br>Ste 1080<br>Denver, CO 80246-1537 |
| Valley Credit Union<br>Anthony  Jones, President & CEO<br>670 Lincoln Ave.<br>San Jose, CA 95126-3704 | Vantage West Credit Union<br>c/o Holly R. Shilliday<br>1200 Seventeenth St., 19th Flr<br>Denver, CO 80202-5835 | Patrick D. Vellone<br>Allen Vellone Wolf Helfrich & Factor PC<br>1600 Stout Street<br>Ste 1900<br>Denver, CO 80202-3156 |
| Darrell Waas<br>950 17th St.<br>Ste. 1600<br>Denver, CO 80202-2828 | Julie Walker<br>Ireland Stapleton Pryor and Pascoe, PC<br>1660 Lincoln Street<br>Suite 3000<br>Denver, CO 80264-3001 | Sara E Walsh<br>370 17th Street<br>Suite 4650<br>Denver, CO 80202-1370 |
| Theresa Walsh<br>1801 California St.<br>Ste. 1500<br>Denver, CO 80202-2656 | Daniel F. Warden<br>303 E. 17th Ave.<br>Ste. 888<br>Denver, CO 80203-1261 | David Warner<br>2580 W. Main Street<br>Ste. 200<br>Littleton, CO 80120-4631 |
| Waste Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029-4944 | Jeffrey Weinman<br>Allen Vellone Wolf Helfrich & Factor P.C<br>1600 Stout Street<br>Suite 1900<br>Denver, CO 80202-3156 | Jeffrey A Weinman, Trustee<br>9457 S. University Blvd.<br>Box 268<br>Highlands Ranch, CO 80126-4976 |

| | | |
|---|---|---|
| Elizabeth Weller<br>2323 Bryan St.<br>Ste. 1600<br>Dallas, TX 75201-2637 | Charles L Williams III<br>Blalack & Williams, P.C.<br>5550 LBJ Freeway<br>Ste. 400<br>Dallas, TX 75240-2349 | Robert G. Wilson Jr<br>370 17th St.<br>Ste. 2600<br>Denver, CO 80202-1370 |
| Risa Lynn Wolf-Smith<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | James L. Wooll<br>Spencer Fane LLP<br>1700 Lincoln Street<br>Suite 2000<br>Denver, CO 80203-4554 | Dirk W. de Roos<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203-4500 |
| iRoam Mobile Solutions, Inc.<br>366 Adelaide Street West<br>Suite 301<br>Toronto, Ontario Canada M5V 1R9 | David von Gunten<br>2696 S. Colorado Blvd.<br>Ste. 302<br>Denver, CO 80222-5938 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Tom H. Connolly<br>Tom Connolly, LLC<br>PO Box 68<br>Lafayette, CO 80026-0068 | Mary E. Olsen<br>The Gardner Firm, P.C.<br>P.O. Drawer 3103<br>Mobile, AL 36652 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| State of Colorado, ex rel John Suthers<br>c/o Paul Chessin<br>Senior Assistant Attorney General<br>Consumer Credit Unit-Consumer Prot. Sec.<br>1525 Sherman Street, 7th Floor<br>Denver, CO   80203 | Jennifer L. Stenman<br>1400 16th St.,<br>6th Floor<br>Denver, CO 80202 | United Consumers Credit Union<br>Chris McCreary CEO<br>2326 South Savage<br>Independence, MO 64055 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Randy Roberts<br>Blalack & Williams<br>5550 LBJ Freeway<br>Ste. 400<br>Dallas, TX 75240-2349 | (d)Randy Roberts<br>Blalack & Williams<br>5550 LBJ Freeway, Suite 400<br>Dallas, TX 75240-2349 | (d)Randy Roberts<br>Blalack & Williams, P.C.<br>5550 LBJ Freeway, Suite 400<br>Dallas, TX 75240-2349 |
| (d)Tom Sharp<br>Blalack & Williams, PC<br>5550 LBJ Freeway<br>Ste. 400<br>Dallas, TX 75240-2349 | (d)Tom Sharp<br>Blalack & Williams, PC<br>5550 LBJ Freeway, Suite 400<br>Dallas, TX 75240-2349 | (u)Ernest D. Simon<br>Reed Smith |

| | | |
|---|---|---|
| (d)Sharon Sjostrom<br>Blalack & Williams, P.C.<br>5550 LBJ Freeway, Suite 400<br>Dallas, TX 75240-2349 | (u)Jeffrey Weinman | (d)Charles L Williams III<br>Blalack & Williams, P.C.<br>5550 LBJ Freeway, Suite 400<br>Dallas, TX 75240-2349 |

**End of Label Matrix**
**Mailable recipients** 217
**Bypassed recipients** 9
**Total** 226